## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

_____

This Document Relates to:

Brian Seagraves

_____

Civil Case # 1:19-cv-01255-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Brian Seagraves.

Dated: April 17, 2025.                    Respectfully submitted,

                                        */s/ Ben C. Martin*
                                        Ben C. Martin, TX Bar No. 13052400
                                        **Ben Martin Law Group, PLLC**
                                        3141 Hood Street, Suite 600
                                        Dallas, TX 75219
                                        Tel.: (214) 761-6614
                                        Fax: (214) 744-7590
                                        bmartin@bencmartin.com

                                        ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin